**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-** 00459-MO |
| **v.** | **INFORMATION** |
| **BOBBY OKHANI GARLAND AKA "LIL FLYREE",** | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Felon in Possession of Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about January 13, 2026 to January 14, 2026, in the District of Oregon, defendant **BOBBY OKHANI GARLAND AKA "LIL FLYREE"**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Use of a Weapon – Firearm, on or about December 9, 2019, in Multnomah County Circuit Court, Case Number 19CR35504;

(2) Felon in Possession of a Firearm, on or about January 13, 2025, in United States District Court, District of Oregon, Case Number 3:23-cr-00315-IM;

did knowingly and unlawfully possess the following firearm:

(1) a Glock 17;

which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **BOBBY OKHANI GARLAND AKA "LIL FLYREE"**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm, ammunition and all firearm accessories, involved in that offense, including without limitation:

(1) a Glock 17

(2) Ammunition

(3) Firearm Accessories

Dated: October 26, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney